# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 24-1339V**

SONJA D. WHITE,

Petitioner,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

Respondent.

Chief Special Master Corcoran

Filed: July 29, 2026

*Bradley W. Eskins, Eskins, King & Marney, P.C., Memphis, TN, for Petitioner.*

*Elizabeth Andary, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION ON ATTORNEY'S FEES AND COSTS[1]

On August 28, 2024, Sonja D. White filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, et seq.[2] (the "Vaccine Act"). Petitioner alleges that she suffered a Table injury – shoulder injury related to vaccine administration as a result of her receipt of an influenza vaccine on September 1, 2021. Petition at 1, ¶ 3; Stipulation filed February 2, 2026, ¶¶ 1-2, 4. On February 6, 2026, I issued a decision awarding compensation to Petitioner based on the parties' stipulation. ECF No. 25.

[1]Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet**. In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Petitioner has now filed a motion for attorney's fees and costs, requesting an award of $29,867.89 (representing $28,636.00 in fees plus $1,231.89 in costs). Motion for Attorneys' Fees and Costs ("Motion") filed April 6, 2026, ECF No. 30. Furthermore, counsel for Petitioner filed a signed statement indicating that Petitioner incurred no personal out-of-pocket expenses. ECF No. 31-4.

Respondent reacted to the Motion on April 9, 2026, representing that he is satisfied the statutory requirements for an award of fees and costs are met in this case, but deferring resolution of the amount to be awarded to my discretion. Motion at 2-4, ECF No. 32. Petitioner filed no reply thereafter.

I have reviewed the billing records submitted with Petitioner's request. The rates requested for work performed through the end of 2024 are reasonable and consistent with our prior determinations, and will therefore be adopted. Petitioner has also requested the hourly rate of $500.00 for work performed in 2025, and $525.00 for work performed in 2026, by attorney Bradley Eskins. I find the proposed rate increases to be reasonable and hereby award them herein. And all time billed to the matter was also reasonably incurred.

Petitioner has also provided supporting documentation for all claimed costs. ECF No.34-1. Respondent offered no specific objection to the rates or amounts sought. And the majority of the requested costs are reasonable - with one exception. Petitioner is requesting Court filing fees of $402.00, dated October 2023, and $405.00, dated August 2024. ECF No. 31-3 at 9. But this claim was filed on August 28, 2024, so I will only reimburse the fee for that filing event. **This reduces the request for attorney costs by $402.00.**

The Vaccine Act permits an award of reasonable attorney's fees and costs for successful claimants. Section 15(e). Accordingly, I hereby GRANT Petitioner's Motion for attorney's fees and costs. **Petitioner is awarded attorneys' fees and costs in the total amount of $29,465.89 (representing $28,636.00 in fees plus $829.89 in costs) to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement.** In the absence of a timely-filed motion for review (see Appendix B to the Rules of the Court), the Clerk of Court shall enter judgment in accordance with this Decision.[3]

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master